IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**UNITED STATES OF AMERICA**, *ex rel*
**PATRICIA McCULLOUGH,**

    Plaintiff,

v.                           Case No. 1:10cv126-SPM

**ONA COLASANTE, M.D.,**

    Defendant.

_____

## ORDER

This cause comes before the Court on the United States' Motion for a Stay of the Civil Proceedings (doc. 17). The United States has requested a 60 day stay of the proceedings in order to not interfere with a related criminal investigation. The United States has also requested that all pleadings continue to be sealed during the same time period. The Court having determined, based on the United States' unopposed motion to stay the proceedings and to continue the seal on the pleadings, that good cause exists, **IT IS HEREBY ORDERED** as follows:

    1)     The United States' Motion for a Stay of the Civil Proceedings (doc.

17) is **granted**.  The proceedings are hereby stayed for 60 days from the date of this Order.

2) During this period, all filings in this action, including the relator's complaint, shall remain **UNDER SEAL** unless otherwise ordered by this Court.

4) The Clerk is directed to provide a copy of this order to both the government and the relator.

**SO ORDERED** this 19th day of December, 2011.

*S/ Stephan P. Mickle*
Stephan P. Mickle
Senior United States District Judge