IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**UNITED STATES OF AMERICA** *ex rel.*
**PATRICIA MCCULLOUGH,**

    Plaintiff,

v.                                     Case No.  1:10cv126-MW/GRJ

**ONA COLASANTE, M.D., and
COLASANTE CLINIC, P.A.,**

    Defendants.
_____/

## JOINT STIPULATION FOR VOLUNTARY DISMISSAL

The United States of America, by and through the undersigned Assistant United States Attorney, and Relator Patricia McCullough, by and through her attorney Kevin J. Darken, respectfully file this Joint Stipulation for Voluntary Dismissal in the above-styled case without prejudice to any rights of the United States pursuant to Rule 41(a)(1), Federal Rules of Civil Procedure, and Title 31 United States Code, Sections 3730(b)(1) and (c)(2).

On or about June 29, 2010, this action for treble damages and civil penalties was brought by Relator Patricia McCullough. (Doc. 1). On or about December 6, 2011, the United States filed a declaration of its intention to intervene in this case and filed a Complaint In Intervention on or about July 23, 2013. (Docs. 1, 16 & 42). Thereafter, this case was stayed pending the resolution of the criminal case *United*

1

*States v. Colasante*, 1:14cr10/MW. (Docs. 87 – 146).

On or about July 30, 2018, the United States, Relator Patricia McCullough, and defendant Ona M. Colasante entered into a "Stipulated Settlement Agreement RE: Forfeiture of Bank Accounts, and Source of Payment of Restitution, Fine and Outstanding Forfeiture Money Judgment" ("Stipulated Settlement Agreement"). (1:14cr10/MW, Docs. 348 & 348-1). The full terms of the Stipulated Settlement Agreement are detailed in Docs. 348 and 348-1, and therefore will not be restated herein. Nonetheless and in summary, the parties' Stipulated Settlement Agreement provided that Colasante would be "allowed" to sell three New York[1] condominiums to satisfy her outstanding obligation in the criminal case of approximately $2,795,134.72.[2] (1:14cr10/MW, Doc. 348-1 - ¶¶ A & B). To settle Relator McCullough's "Third Party Claim" filed in criminal case 1:14cr10/MW, her claims filed in eight civil forfeiture cases,[3] and to resolve this false claims act case, the government agreed to pay Relator McCullough $255,000 from the money seized and ordered forfeited by the Court from the bank account held at M&S Bank ending in 8171 in the name of Colasante Clinic, which had been ordered forfeited by the Court

---

1  The three New York condominiums are the subject of civil forfeiture cases 1:14cv72/MW, 1:14cv73/MW, and 1:14cv94MW.
2  The parties further agreed that in the event the net proceeds from the sale of the three New York condominiums was in excess of Colasante's outstanding obligation in the criminal case of $2,795,134.72, said excess will be given/transferred to Colasante. (1:14cr10/MW, Doc. 348-1 - ¶ A).
3  The eight civil forfeiture cases are 1:11cv251/MW, 1:11cv252/MW, 1:11cv253/MW, 1:14cv 70/MW, 1:14cv71/MW, 1:14cv72/MW, 1:14cv73/MW, and 1:14cv94/MW.

in the criminal case. (1:14cr10/MW, Docs. 326 & 348-1 - ¶ I). Further, pursuant to the parties' Stipulated Settlement Agreement, upon Relator McCullough's receipt of said funds, McCullough and an attorney on behalf of the United States shall promptly sign and file a Joint Stipulation of Dismissal in this civil false claims act case. (1:14cr10/MW, Doc. 348-1 - ¶ N).

On or about September 10, 2018, the above referenced $255,000 was transferred to McCullough's counsel's bank account. Further, the government has been notified that on or about September 17, 2018, Relator's counsel transferred the Relator's funds to her bank account. Therefore, the terms of the Stipulated Settlement Agreement have been completed and are fully satisfied as it concerns this civil false claims act case. Therefore, at this time, the United States and the Relator file this motion and respectfully move for an order dismissing the case without prejudice to the United States.

WHEREFORE, the parties file this Joint Stipulation for Voluntary Dismissal on this ___24th___ day of September, 2018.

Respectfully submitted,

/s/ Leah Ann Butler
LEAH ANN BUTLER
Assistant United States Attorney
Florida Bar No. 0611697
21 East Garden Street, Suite 400
Pensacola, Florida 32502-5675
(850)444-4000
Attorney for the United States

Counsel for Relator Patricia McCullough

KEVIN JOHN DARKEN
Attorney for Relator
332 S. Plant Avenue
Tampa, Florida 33606

Date: 9-24-2018

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(F)

I HEREBY CERTIFY that this memorandum complies with the type-volume and word limitation of Local Rule 7.1(F), 8,000 words, because this document contains 681 words.

/s/ Leah Ann Butler
LEAH ANN BUTLER
Assistant United States Attorney

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been provided to Jim Felman, counsel for Ona M. Colasante, and Kevin Darken, counsel for Patricia McCullough, via the Court's CM/ECF system on this 24th day of September, 2018. Further, a copy will be provided to Ona M. Colasante.

/s/ Leah Ann Butler
LEAH ANN BUTLER
Assistant United States Attorney